IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALISA GOLZ, individually and as next friend of her minor children, P.G. and G.M., <br>    *Plaintiffs,* <br><br> v. <br><br> TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, MAERETHA WILBURN, CHELSEA CAMPOS, BRIDGET O'SHAUGHNESSY, QUEST DIAGNOSTICS INC., OMEGA LABORATORIES INC., 13SCREEN LLC, TEXAS DRUG AND ALCOHOL TESTING SERVICES, INC., and JAMIE WALKER, <br>    *Defendants.* | § § § § § § § § § § § § § § § § § § | NO. 1:25-CV-01316-ADA-SH |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

  Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower regarding the merits of Plaintiff Alisa Golz's claims pursuant to 28 U.S.C. § 1915(e). Dkt. 5. The report recommends Plaintiff Reyna's claims be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B). The Report and Recommendation was filed September 30, 2025. This Court hereby adopts Judge Howell's Recommendations.

  A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*,

677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on October 15, 2025. Dkt. 10. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Susan Hightower, Dkt. 5, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

Accordingly, the Clerk's Office is directed to **CLOSE** this case and terminate all pending motions.

**SIGNED** on November 5, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE